1082

[Nos. 27024-2-II; 27030-7-II;    Division Two.    March 29, 2002.]
27034-0-II.

THE STATE OF WASHINGTON, *Respondent*, v. JESSE JOHN
FRANCE, *Appellant*.

Appeals from a judgment of the Superior Court for
Cowlitz County, No. 00-1-00448-3, James E. Warme, J.,
entered January 16, 2001. *Reversed* by unpublished opinion
per Houghton, J., concurred in by Hunt, A.C.J., and
Bridgewater, J.

[No. 27101-0-II.    Division Two.    March 29, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD ALAN
MILTIMORE, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 00-1-00788-9, H. John Hall, J., entered March
12, 2001. *Affirmed* by unpublished opinion per Houghton,
J., concurred in by Armstrong, C.J., and Seinfeld, J.

[No. 47467-7-I.    Division One.    April 1, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. KELLY MICHAEL
WETTON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 99-1-50582-1, Terence Lukens, J., entered
October 6, 2000. *Affirmed* by unpublished per curiam opin-
ion.

[No. 47508-8-I.    Division One.    April 1, 2002.]

*In the Matter of the Marriage of* SUSAN G. PROSTOV,
*Respondent*, and GEIRMAN L. PROSTOV, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 99-3-03698-4, Dale B. Ramerman, J., entered
October 13, 2000. *Affirmed* by unpublished per curiam
opinion.